UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 14-7325-MWF(MANx)**                     Dated: **September 8, 2017**

Title:    Ed Tessier -*v*- City of Pomona, et al.

PRESENT:    HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                               None Present

PROCEEDINGS (IN CHAMBERS):     ORDER TO SHOW CAUSE

    In light of the Mediator's Report filed September 7, 2017, stating the case has been settled subject to the approval of the City Counsel, the Court sets a hearing on Order To Show Cause Re Dismissal for **November 13, 2017, at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

    **IT IS SO ORDERED.**

MINUTES FORM 90                                Initials of Deputy Clerk   cw
CIVIL - GEN