JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Ed Tessier,**<br><br>Plaintiff,<br><br>v.<br><br>**City of Pomona**<br><br>Defendant. | Case No. CV 14-07325-MWF (MANx)<br><br>**Order re: Stipulation for Dismissal of Action Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)** |

**ORDER**

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice. Each party is to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: October 18, 2017   _____

Hon. Michael W. Fitzgerald
Unites States District Judge